**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JOSEPH W. SAMUELS | : | CASE NO: 18-17277JKF |
| Debtor | : | |

# **ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion for Relief from the Automatic Stay filed by Santander Consumer USA Inc.,("Movant"), the Debtor's response thereto, and after notice and hearing;

IT IS ORDERED, that the Motion is DENIED without prejudice, subject to the conditions set forth below:

1. Proof of Claim No. 2 is deemed an allowed secured claim in the amount of $4,668.95.

2. Within seven (7) days of the entry of this Order, if Debtor has not already done so, Debtor shall file a Motion to Modify the confirmed Chapter 13 Plan and a proposed modified plan as stated in the response to the Motion.

3. If the case is converted to Chapter 7, Movant may file a Certification of Default with the Court and the Court may enter an order granting Movant relief from the automatic stay.

_____
Jean K. FitzSimon
United States Bankruptcy Judge