IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JOSEPH W. SAMUELS  )<br>    **Debtor(s)**             )<br>                                         )<br>SANTANDER CONSUMER USA INC.,  )<br>AN ASSIGNEE OF FIFTH THIRD BANK  )<br>    **Moving Party**          )<br>                                         )<br>    v.                               )<br>                                         )<br>JOSEPH W. SAMUELS      )<br>    **Respondent(s)**        )<br>                                         )<br>SCOTT F. WATERMAN   )<br>    **Trustee**                   )<br>                                         ) | CHAPTER 13<br><br>Case No.: 18-17277 (JKF)<br><br>**Hearing Date: 6-26-19 at 9:30 AM**<br><br>11 U.S.C. 362 |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc., an assignee of Fifth Third Bank and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 23, 2019 in the above matter is APPROVED.

Dated: July 25, 2019

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE