United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17277-jkf
Joseph W Samuels                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Jul 25, 2019
                              Form ID: pdf900         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
```
db          +Joseph W Samuels,    4436 Aspen St.,    Philadelphia, PA 19104-1320
cr          +Pennsylvania Housing Finance Agency,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
cr          +Santander Consumer USA Inc., an assignee of Fifth,    P.O. Box 660633,   Dallas, TX 75266-0633
14224121    +Santander Consumer USA,   Attn: Bankruptcy,   Po Box 961245,    Fort Worth, TX 76161-0244
14327898    +Santander Consumer USA Inc.,,   an assignee of Fifth Third Bank,   c/o WILLIAM EDWARD CRAIG,
              110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
14243256    +Santander Consumer USA, Inc.,    P.O. Box 961245,   Fort Worth, TX 76161-0244
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jul 26 2019 03:22:45     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:21
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2019 03:22:42     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 03:24:49
              PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2019 03:24:45     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:
```
          ALFONSO G. MADRID    on behalf of Debtor Joseph W Samuels alfonsomadridlawECF@gmail.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc., an assignee of Fifth
           Third Bank ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JOSEPH W. SAMUELS ) | |
|     **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC., ) | |
| AN ASSIGNEE OF FIFTH THIRD BANK ) | Case No.: 18-17277 (JKF) |
|     **Moving Party** ) | |
| ) | **Hearing Date: 6-26-19 at 9:30 AM** |
|   v. ) | |
| ) | 11 U.S.C. 362 |
| JOSEPH W. SAMUELS ) | |
|     **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
|     **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

    IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc., an assignee of Fifth Third Bank and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 23, 2019 in the above matter is APPROVED.

Dated: July 25, 2019

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE