**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| IN RE | : | CHAPTER 13 |
| | : | |
| JOSEPH W. SAMUELS | : | CASE NO: 18-17277JKF |
| | : | |
| Debtor | : | |
| _____ | : | |

**CERTIFICATION OF NO RESPONSE TO DEBTOR'S MOTION**
**TO MODIFY PLAN**

The Debtor, through counsel, hereby avers:

1.      On July 12, 2019, Debtor filed the above-captioned motion (the "Motion").  Doc. No. 34.

2.      On July 12, 2019, the Motion and Notice of Motion was served upon all secured and priority creditors.

3.      Pursuant to Local Bankruptcy Rule 9014-3, any response to the Motion was due no later than August 2, 2019

4.      As of this date, no response has been filed to the Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motion.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
757 South 8th St.
Philadelphia PA 19147
(215) 925-1002
(215) 689-4809 (fax)