IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JOSEPH W. SAMUELS | : | CASE NO: 18- 17277JKF |
| Debtor | : | |

# ORDER

AND NOW,   upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §1329(a), to Modify Plan (the "Motion"), and after notice and hearing;

IT IS ORDERED, that, pursuant to 11 U.S.C. § 1329(a), the Motion is GRANTED. The terms of the confirmed plan shall be modified to conform to the Second Amended Plan filed on July 12, 2019 (Doc no. 33).

**Date: August 22, 2019**

_____
Jean K. FitzSimon
United States Bankruptcy Judge