| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-17277-AMC

JOSEPH W  SAMUELS
4436 ASPEN ST
PHILADELPHIA  PA    19104

Petition Filed Date: 11/02/2018
341 Hearing Date: 12/07/2018
Confirmation Date: 03/27/2019

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $394.96 | 11672239 | 01/22/2019 | $395.00 | 12047049 | 02/05/2019 | $395.00 | 12406313 |
| 02/19/2019 | $395.00 | 12823585 | 03/05/2019 | $395.00 | 13175855 | 03/22/2019 | $395.00 | 13579909 |
| 04/01/2019 | $395.00 | 13933004 | 04/12/2019 | $395.00 | 14350384 | 04/30/2019 | $395.00 | 14743703 |
| 05/13/2019 | $395.00 | 15152808 | 05/28/2019 | $395.00 | 15546702 | 06/10/2019 | $395.00 | 15923709 |
| 06/24/2019 | $395.00 | 16339785 | 07/09/2019 | $395.00 | 16718790 | 07/22/2019 | $395.00 | 17141849 |
| 08/05/2019 | $395.00 | 17530711 | 08/19/2019 | $531.00 | 17929009 | 09/03/2019 | $531.00 | 18320625 |
| 09/13/2019 | $531.00 | 18699265 | 09/27/2019 | $531.00 | 19089837 | 10/16/2019 | $531.00 | 19406505 |
| 10/29/2019 | $531.00 | 19848848 | 11/12/2019 | $531.00 | 20170896 | 11/26/2019 | $531.00 | 20539114 |
| 12/09/2019 | $531.00 | 20926744 | 12/26/2019 | $531.00 | 21326790 | 01/06/2020 | $531.00 | 21737044 |
| 01/17/2020 | $531.00 | 22098022 | 02/03/2020 | $531.00 | 22440891 | 02/18/2020 | $531.00 | 22858710 |
| 03/03/2020 | $531.00 | 23245576 | 03/13/2020 | $531.00 | 23628547 | 03/30/2020 | $531.00 | 24033021 |
| 04/10/2020 | $531.00 | 24371344 | 04/27/2020 | $531.00 | 24690377 | 05/11/2020 | $531.00 | 24933832 |
| 05/22/2020 | $531.00 | 25183324 | 06/05/2020 | $531.00 | 25405349 | 06/19/2020 | $531.00 | 25635914 |
| 07/06/2020 | $531.00 | 25889861 | 07/21/2020 | $531.00 | 26092389 | 08/04/2020 | $531.00 | 26333884 |

**Total Receipts for the Period: $20,125.96  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $20,915.96**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,892.33 | $2,691.62 | $200.71 |
| 4 | CAVALRY INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $11,440.50 | $10,646.58 | $793.92 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $3,537.76 | $0.00 | $3,537.76 |
| 5 | MERRICK BANK CMS<br>»» 005 | Unsecured Creditors | $1,393.01 | $0.00 | $1,393.01 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $589.07 | $0.00 | $589.07 |
| 1 | MOHELA ON BEHALF OF<br>»» 001 | Unsecured Creditors | $1,529.55 | $0.00 | $1,529.55 |
| 9 | PA HOUSING FINANCE AGENCY<br>»» 009 | Mortgage Arrears | $30,507.92 | $0.00 | $30,507.92 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $74.06 | $67.34 | $6.72 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-17277-AMC**

| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $5,212.74 | $4,654.45 | $558.29 |
|---|---|---|---|---|---|

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,915.96 | Current Monthly Payment: | $1,150.00 |
| Paid to Claims: | $18,059.99 | Arrearages: | $749.00 |
| Paid to Trustee: | $1,897.61 | Total Plan Base: | $66,514.96 |
| Funds on Hand: | $958.36 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.