EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JOSEPH W SAMUELS

Chapter 13
Case Number: 18-17277

## WITHDRAWAL OF PROOF OF CLAIM

Creditor, CAPITAL ONE BANK (USA), N.A. by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 12/17/2018, marked as claim number 3 on the court's claims register, for the account number ending in 2894, and in the amount of $2,892.33.

Dated: 03/10/2021

/s/ Ashley Boswell

CAPITAL ONE BANK (USA), N.A. by
American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 6616225Withdraw

2894