| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-17277-AMC**

JOSEPH W SAMUELS
4436 ASPEN ST
PHILADELPHIA PA 19104

Petition Filed Date: 11/02/2018
341 Hearing Date: 12/07/2018
Confirmation Date: 03/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $531.00 | 21737044 | 01/17/2020 | $531.00 | 22098022 | 02/03/2020 | $531.00 | 22440891 |
| 02/18/2020 | $531.00 | 22858710 | 03/03/2020 | $531.00 | 23245576 | 03/13/2020 | $531.00 | 23628547 |
| 03/30/2020 | $531.00 | 24033021 | 04/10/2020 | $531.00 | 24371344 | 04/27/2020 | $531.00 | 24690377 |
| 05/11/2020 | $531.00 | 24933832 | 05/22/2020 | $531.00 | 25183324 | 06/05/2020 | $531.00 | 25405349 |
| 06/19/2020 | $531.00 | 25635914 | 07/06/2020 | $531.00 | 25889861 | 07/21/2020 | $531.00 | 26092389 |
| 08/04/2020 | $531.00 | 26333884 | 08/17/2020 | $531.00 | 26550868 | 08/31/2020 | $531.00 | 2683774 |
| 09/14/2020 | $531.00 | 26936062 | 09/30/2020 | $531.00 | 27262745 | 10/14/2020 | $531.00 | 27466122 |
| 10/27/2020 | $531.00 | 27699908 | 11/10/2020 | $531.00 | 27903555 | 11/24/2020 | $531.00 | 28171678 |
| 12/08/2020 | $531.00 | 28409206 | 12/30/2020 | $531.00 | 28855180 | 01/08/2021 | $531.00 | 28640767 |
| 01/19/2021 | $531.00 | 29112257 | 02/01/2021 | $531.00 | 29344993 | 02/17/2021 | $531.00 | 29570862 |
| 03/03/2021 | $531.00 | 29791080 | 03/17/2021 | $531.00 | 30036804 | 04/07/2021 | $531.00 | 30264204 |
| 04/12/2021 | $531.00 | 30515867 | 04/27/2021 | $531.00 | 30788482 | 05/10/2021 | $531.00 | 31004043 |
| 05/12/2021 | $531.00 | 31065282 | 06/02/2021 | $531.00 | 31487325 | | | |

**Total Receipts for the Period: $20,178.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,597.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,892.33 | $2,892.33 | $0.00 |
| 4 | CAVALRY INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $11,440.50 | $11,440.50 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $3,537.76 | $0.00 | $3,537.76 |
| 5 | MERRICK BANK CMS<br>»» 005 | Unsecured Creditors | $1,393.01 | $0.00 | $1,393.01 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $589.07 | $0.00 | $589.07 |
| 1 | MOHELA ON BEHALF OF<br>»» 001 | Unsecured Creditors | $1,529.55 | $0.00 | $1,529.55 |
| 9 | PA HOUSING FINANCE AGENCY<br>»» 009 | Mortgage Arrears | $30,507.92 | $9,673.57 | $20,834.35 |
| 10 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $74.06 | $74.06 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $5,212.74 | $5,212.74 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,597.96 | Current Monthly Payment: | $1,150.00 |
| Paid to Claims: | $29,293.20 | Arrearages: | $567.00 |
| Paid to Trustee: | $2,826.86 | Total Plan Base: | $66,514.96 |
| Funds on Hand: | $477.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.