**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph W. Samuels<br>　　　　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　　Movant<br>　　vs.<br><br>Joseph W. Samuels<br>　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-17277 AMC<br><br><br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

  I, Rebecca A. Solarz, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of PENNSYLVANIA HOUSING FINANCE AGENCY for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on July 9, 2021, by first class mail, and/or electronic means upon those listed below:

<u>Debtor(s)</u>
Joseph W. Samuels
4436 Aspen Street
Philadelphia, PA 19104

<u>Attorney for Debtor(s)</u>
Alfonso G. Madrid
1410 W. Erie Avenue
Philadelphia, PA 19140

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**VIA ECF**

<u>Office of the US Trustee</u>
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Date: July 9, 2021

          /s/ Rebecca A. Solarz, Esq.
          _____
          Rebecca A. Solarz, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          Phone: (215) 627-1322 Fax: (215) 627-7734
        Attorneys for Movant/Applicant