# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| JOSEPH W. SAMUELS | : | CASE NO: 18-17277AMC |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Dismiss Chapter 13 Case (the "Motion");

IT IS ORDERED, that the Motion is GRANTED.  The above-captioned case is DISMISSED.

FURTHER ORDERED that any wage orders are VACATED.

Date: August 6, 2021

_____
Ashely M. Chan
United States Bankruptcy Judge