United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-17277-amc

Joseph W Samuels     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2

Date Rcvd: Aug 05, 2021    Form ID: pdf900    Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph W Samuels, 4436 Aspen St., Philadelphia, PA 19104-1320 |
| cr | + | Pennsylvania Housing Finance Agency, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Santander Consumer USA Inc., an assignee of Fifth, P.O. Box 660633, Dallas, TX 75266-0633 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 05 2021 23:51:20 | CAPITAL ONE BANK (USA), N.A. by American InfoSourc, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2021 23:51:30 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 23:51:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:**

**Name**      **Email Address**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 05, 2021 | Form ID: pdf900 | Total Noticed: 6

ALFONSO G. MADRID
    on behalf of Debtor Joseph W Samuels amadrid@clsphila.org

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc.  an assignee of Fifth Third Bank ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph W. Samuels <br> Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY <br> Movant <br> vs. <br> Joseph W. Samuels <br> Debtor(s) | NO. 18-17277 AMC |
| Scott F. Waterman <br> Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this ____ day of _____, 2021 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4436 Aspen Street, Philadelphia, PA 19104 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: August 5, 2021**

United States Bankruptcy Judge.