United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17277-amc |
| Joseph W Samuels | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph W Samuels, 4436 Aspen St., Philadelphia, PA 19104-1320 |
| cr | + | Pennsylvania Housing Finance Agency, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Santander Consumer USA Inc., an assignee of Fifth, P.O. Box 660633, Dallas, TX 75266-0633 |
| 14224114 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14224118 | + | MOHELA/Debt of Ed, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14258366 | + | Pennsylvania Housing Finance Agency, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14224120 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14224121 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14327898 | + | Santander Consumer USA Inc.,, an assignee of Fifth Third Bank, c/o WILLIAM EDWARD CRAIG, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14243256 | + | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14224122 | + | U.S. Department of Education, ECMC/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14225640 | + | US Dept of Education / MOHELA, 633 Spirit Dr, Chesterfield MO 63005-1243 |
| 14224123 | + | United Bk Of Philadelp, 30 S 15th St, Philadelphia, PA 19102-4805 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 06 2021 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 06 2021 23:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 06 2021 23:42:32 | CAPITAL ONE BANK (USA), N.A. by American InfoSourc, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2021 23:42:24 | PRA Receivables Management, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14309604 | | Email/Text: megan.harper@phila.gov | Aug 06 2021 23:33:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14224111 | + | Email/Text: bankruptcy@cavps.com | Aug 06 2021 23:33:00 | Calvary SPI I LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14224112 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 23:42:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14246672 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 23:42:31 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 18-17277-amc    Doc 58    Filed 08/08/21    Entered 08/09/21 00:33:20    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 14246955 | + | Email/Text: bankruptcy@cavps.com | Aug 06 2021 23:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14224113 | | Email/Text: megan.harper@phila.gov | Aug 06 2021 23:33:00 | City of Philadelphia - c/o Law Dept., 1515 Arch St., Philadelphia, PA 19102-1595 |
| 14250882 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 23:42:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14224115 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 23:42:28 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14250857 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2021 23:42:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14224116 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2021 23:42:24 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14224117 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2021 23:32:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14254150 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2021 23:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14261873 | + | Email/Text: blegal@phfa.org | Aug 06 2021 23:32:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 N. Front St., Harrisburg, PA 17101-1406 |
| 14256033 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2021 23:42:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14224538 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 06 2021 23:42:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14224119 | + | Email/Text: blegal@phfa.org | Aug 06 2021 23:32:00 | Pa Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14224693 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 23:42:27 | Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021    Signature:    /s/Joseph Speetjens

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Aug 06, 2021 Form ID: pdf900 Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Joseph W Samuels amadrid@clsphila.org |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. an assignee of Fifth Third Bank ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JOSEPH W. SAMUELS | : | CASE NO: 18-17277AMC |
| | : | |
| Debtor | : | |
| _____ | : | |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Dismiss Chapter 13 Case (the "Motion");

IT IS ORDERED, that the Motion is GRANTED. The above-captioned case is DISMISSED.

FURTHER ORDERED that any wage orders are VACATED.

**Date: August 6, 2021**    _____
                                              Ashely M. Chan
                                              United States Bankruptcy Judge